# United States District Court
## Violation Notice
(Rev. 1/2019)

VA9

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| 652 | 9464053 | W. Knin | 1801 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense: 03/30/2024 @ 2035
Offense Charged: ☒ CFR ☐ USC ☐ State Code
38 CFR 1.218(b)(12)

Place of Offense: 1201 Broad Rock Blvd. Richmond, VA 23249

Offense Description: Factual Basis for Charge
Failure to depart premises by unauthorized person.

**DEFENDANT INFORMATION**
Last Name: Greene
First Name: Brian
MI: A

**APPEARANCE IS REQUIRED**
A ☐ If Box A is checked, you must appear in court.

**APPEARANCE IS OPTIONAL**
B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 70 Forfeiture Amount
+ $30 Processing Fee
$ 100 Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

**YOUR COURT DATE**
Court Address: 701 E. Broad St. Richmond, VA 23219
Date: 04/15/2024
Time: 0900

X Defendant Signature: Refused

*9464053*

---

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on March 30th, 20 24 while exercising my duties as a law enforcement officer in the Eastern District of Virginia

I observed Brian Greene blocking the hallway in a non-patient care area outside of the Emergency Dept. Ofc. J. Wilson instructed Greene to return to the Emergency Dept or depart property. Greene refused to leave after being instructed to by Ofc. Wilson. This occurred after normal business hours.

The foregoing statement is based upon:
☒ my personal observation
☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 03/30/2024

Probable cause has been stated for the issuance of a warrant.

Executed on: _____ U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident